[No. 16623-2-II.      Division Two.      April 20, 1995.]

MILLER BUILDING ENTERPRISES, INC., *Appellant*, v. THE CITY OF FIRCREST, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-05829-0, Thomas R. Sauriol, J., entered October 23, 1992. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater, J., Morgan, J., concurring in part, dissenting in part.

[No. 17391-3-II.      Division Two.      April 20, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS ANTHONY CANNIZZARO, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04678-6, Vicki L. Hogan, J., entered April 23, 1993. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 16722-1-II.      Division Two.      April 20, 1995.]

ROBERT F. MALNAR, *Appellant*, v. ROBERT CARLSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-00552-8, Thomas A. Swayze, Jr., J., entered November 25, 1992. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Bridgewater, J.